34 So.2d 31

### Harvey N. CAMP et al. v. Flora EMERSON.
#### 7 Div. 921.

Supreme Court of Alabama.
Jan. 12, 1945.

Knox, Dixon & Wooten, of Talladega for appellants.

C. W. Stringer, of Talladega, and Merrill, Merrill & Vardaman, of Anniston, for appellees.

PER CURIAM.
Reversed and remanded by agreement.

33 So.2d 271

### Leilon Roy COX v. Burla Mae KIRBY.
#### 6 Div. 650.

Supreme Court of Alabama.
Nov. 28, 1947.

F. F. Windham, of Tuscaloosa, and D. G. Ewing, of Birmingham, for appellant.

Davis & Bealle, of Tuscaloosa, for appellee.

PER CURIAM.
Appeal dismissed.

33 So.2d 272

### Hardie, alias Hardy, ELKINS v. STATE.
#### 6 Div. 616.

Supreme Court of Alabama.
Nov. 28, 1947.

PER CURIAM.
Appeal abated and dismissed.

33 So.2d 271

### Ex parte Fannie COLLINS.
#### 5 Div. 444.

Supreme Court of Alabama.
Dec. 5, 1947.

Omar L. Reynolds and Reynolds & Reynolds, all of Clanton, for petitioner.

A. B. Foshee, of Clanton, for respondent.

PER CURIAM.
Petition dismissed on authority of Walker v. Adler, 216 Ala. 76, 112 So. 458; Briggs v. Prowell, 207 Ala. 629, 93 So. 590.

GARDNER, C. J., and BROWN, LIVINGSTON, and SIMPSON, JJ., concur.

33 So.2d 272

### Dock GRANGER v. J. B. GRANGER et al.
#### 5 Div. 429.

Supreme Court of Alabama.
Nov. 20, 1947.

R. C. Wallace, of LaFayette, for appellant.

Chas. E. Fuller, Jr., of LaFayette, for appellees.

PER CURIAM.
Appeal dismissed, want of prosecution.